UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>            Petitioner,<br><br>    v.<br><br>LYNCH,<br><br>            Respondent. | Case No.  2:23-cv-00462-WBS-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 7 |

Petitioner has filed a motion for an extension of time to file an application to proceed *in forma pauperis*. ECF No. 7. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 7, is granted.

2. Petitioner is granted thirty days from entry of this order to file an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:    April 24, 2023                                    _____
                                                                                  JEREMY D. PETERSON
                                                                                  UNITED STATES MAGISTRATE JUDGE