UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>            Petitioner,<br><br>   v.<br><br>LYNCH,<br><br>            Respondent. | No. 2:23-cv-00462-WBS-JDP (HC)<br><br>**ORDER**<br><br>GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 26 |

Petitioner has filed a motion for an extension of time to file objections to the court's December 5, 2023 findings and recommendations. ECF No. 26. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 26, is granted.

2. Petitioner is granted until January 2, 2024 to file objections to the court's December 5, 2023 findings and recommendations.

IT IS SO ORDERED.

Dated:   December 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE