1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN HARDNEY,                              Case No.  2:23-cv-00462-WBS-JDP (HC)

12                     Petitioner,

13          v.                                   ORDER

14    LYNCH,

15                     Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 5, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on all parties, and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23    objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 5, 2023, ECF No. 25, are adopted in full;

2.  Respondent's motion to dismiss, ECF No. 17, is granted, and the petition is dismissed for want of jurisdiction;

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated:  January 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2